PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: CALDERON, Jay Louis          Cr.: 20-00834-001
                                                PACTS #: 6836283

Name of Assigned Judicial Officer:  THE HONORABLE KEVIN MCNULTY
                                    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/28/2020 (Southern District of New York)

| | |
|---|---|
| Original Offense: | Count One: Narcotics Conspiracy |
| | Count Two: Hobbs Act Robberies Conspiracy |
| | Count Three: Brandishing Firearm |
| | Count Four: Unlawful Possession of a Firearm |
| | Count Five: Hobbs Act Robbery |
| | Count Six: Theft and Conversion of Government Funds |

Original Sentence: Time Served; three (3) years supervised release; $600 special assessment

Special Conditions: 1) drug and alcohol testing/treatment; and 2) submit to search/seizure

Type of Supervision: Supervised Release          Date Supervision Commenced: 01/28/2020

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

Violation Number    Nature of Noncompliance

   1                On July 7, 2020, Calderon admitted abusing marijuana while on
                    Supervised Release.  Reportedly, such illicit use occurred on/about July
                    4, 2020.

U.S. Probation Officer Action:  Probation will present this document to Calderon.  The act detailed within may be included in a violation report if the Probation Office deems fit and non-compliance continues.

Prob 12A – page 2
CALDERON, Jay Louis

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Joseph Empirio/jj*

By:  JOSEPH EMPIRIO
     Senior U.S. Probation Officer

/ jae

APPROVED:

*Donald L. Martenz, Jr./jj*
DONALD L. MARTENZ, JR.            Date: 10/28/20
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

**X**  No formal Court action to be taken at this time - Probation will present this document to the offender as a written reprimand issued under the authority of the Court *(**PROBATION RECOMMENDED**)*

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

/s/ Kevin McNulty, U.S.D.J.
Signature of Judicial Officer

October 30, 2020
Date